

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00102-CR

The **STATE** of Texas,
Appellant

v.

Aghil **ANSARI**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 386397
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's order granting appellant's motion to suppress is REVERSED, and this case is REMANDED to the trial court for further proceedings.

SIGNED October 30, 2013.

_____
Karen Angelini, Justice